ACCEPTED
04-14-00758-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/3/2015 3:41:37 PM
KEITH HOTTLE
CLERK

# NO. 04-14-00758-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/3/2015 3:41:37 PM
KEITH E. HOTTLE
Clerk

## In The

# Fourth Court of Appeals

## San Antonio, Texas

*John A. Lance, Debra L. Lance, F.D. Franks and*

*Helen Franks, Appellants*

*v.*

*Judith and Terry Robinson, Gary and Brenda Fest, Virginia Gray, Butch Townsend, and Bexar-Medina-Atascosa Counties Water Control and Improvement District No. 1, Appellees*

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF (UNOPPOSED)

Apellee Bexar-Medina Atascosa Counties Water Control and Improvement District No. 1 (BMA) file their second motion for extension of time to file Appellee's brief. Appellee's brief is currently due on June 8, 2015. Tex R. App. P.

38.6. This motion is filed prior to the due date. Appellant's counsel does not oppose this motion.

Appellee needs additional time to prepare and file their brief. Appellee asks the Court to grant an extension of time to Wednesday, July 8, 2015, an extension of 30 days.

Appellee's counsel was preparing for and arguing a Motion for Summary Judgment held on May 13, 2015, in the matter of *WPS, LLC A Texas Limited Liability Company D/B/A Federal Management Solutions v. Mission Valley Mill Holding, LLC*, Cause No. 2013CVA0461, County Court at Law, Comal County, Texas. Additionally, Appellee's counsel will be preparing for mediation tentatively set on June 8, 2015, regarding the same matter.

Furthermore, Appellee's counsel sustained a back injury on May 25, 2015, and a subsequent aggravation on May 27, 2015, which caused Appellee's counsel to miss virtually the entire week of work May 25, 2015 through May 29, 2015.

## PRAYER

Appellee respectfully requests that this Court grant the requested extension of time, and any other proper or necessary relief.

PRespectfully submitted,

GOSTOMSKI & HECKER, P.C.
607 Urban Loop
San Antonio, Texas  78204-3117
(210) 222-9529 Telephone
(210) 222-9540 Facsimile
ed@ghlawyers.net

BY:    _____
EDWARD T. HECKER
State Bar No. 00787668
PETER B. GOSTOMSKI
State Bar No.  00787571

ATTORNEYS FOR BMA

## CERTIFICATE OF SERVICE

I certify that on June 3rd, 2015, a true and correct copy of this document was served on the following counsel of record:

Dan Pozza                                          *VIA EMAIL: danpozza@yahoo.com*
Law Office of Dan Pozza
239 E. Commerce Street
San Antonio, TX 78205
(210) 226-8888 Telephone
(210) 224-6373 Facsimile

Stephen B. Rogers                              *VIA EMAIL: steve@rogersmoorelaw.com*
ROGERS & MOORE PLLC
209 Water St., Ste. 114
Boerne, TX 78006
(830) 816-5487 Telephone
(866) 786-4777 Facsimile            BY:    _____
EDWARD T. HECKER